IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF PUBLIC WELFARE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendants. | Case No. 07-791<br><br>Judge Ambrose<br>Magistrate Judge Lenihan<br><br>Electronically Filed |

## ORDER

AND NOW, this 20th day of June, 2007, upon consideration of the Joint Motion to Transfer Venue to the Middle District of Pennsylvania, it is hereby **ORDERED** that the Joint Motion is **GRANTED,** and this case will be transferred to the Middle District of Pennsylvania.

It is further **ORDERED** that the Clerk's Office shall transfer this case, along with all documents, to the Middle District of Pennsylvania and shall mark the above-captioned action as closed in the Western District of Pennsylvania.

BY THE COURT:

*Donetta W. Ambrose*
United States District Court Judge